PROB12A1

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

## REPORT OF OFFENDER NON-COMPLIANCE

| | |
|---|---|
| **Offender Name:** | Roy Anthony REYES |
| **Docket Number:** | 2:04CR00175-01 |
| **Offender Address:** | Oakland, California |
| **Judicial Officer:** | Honorable Lawrence K. Karlton<br>Senior United States District Judge<br>Sacramento, California |
| **Original Sentence Date:** | 10/05/2004 |
| **Original Offense:** | 18 USC 1708 - Possession of Stolen Mail<br>(CLASS D FELONY) |
| **Original Sentence:** | 27 months Bureau of Prisons; 3-year term of supervised release; $100 special assessment; $138.55 restitution |
| **Special Conditions:** | Search; Financial restrictions; Financial disclosure; Substance abuse treatment and testing; Mental health treatment; Co-payment for treatment services; Computer examinations |
| **Type of Supervision:** | Supervised Release |
| **Supervision Commenced:** | 05/12/2006 |
| **Assistant U.S. Attorney:** | James P. Arguelles    **Telephone:** (916) 554-2700 |
| **Defense Attorney:** | Linda Harter    **Telephone:** (916) 598-5700<br>Assistant United States Attorney |

**Other Court Action:**

<u>**04/20/2006**</u>:    Conditions modified with consent of offender to add placement in Community Corrections Center (CCC) for up to 120 days.

**RE:    Roy Anthony REYES**
       **Docket Number:   2:04CR00175-01**
       **REPORT OF OFFENDER NON-COMPLIANCE**

---

## NON-COMPLIANCE SUMMARY

The purpose of this report is to advise the Court of an alleged violation of the terms of supervision.  The Probation Officer has developed a plan to dispose of the alleged non-compliance with action less than revocation, and the Court is requested to approve the plan to address the non-compliance.

**1.    NEW LAW VIOLATIONS (TAKING A VEHICLE WITHOUT OWNER'S CONSENT)**

**Details of alleged non-compliance:**    According to report from the Oakland Police Department, on September 9, 2006, officers responded to a dispatched call from Enterprise Rental Car Company which advised the offender had rented a car on July 19, 2006, and had not returned it.  Enterprise contacted the offender who advised he would return it on August 31, but as of September 9, had not returned the vehicle.  On September 22, during a routine patrol, an officer observed the vehicle and determined it had been stolen.  A traffic stop was conducted and the offender was found in the passenger seat accompanied by a female driver.  He was placed under arrest.

According to court documents from the Alameda County Superior Court in Oakland, Docket Number 523192, on October 5, 2006, the offender was charged with one count of Unlawful Driving or Taking of a Vehicle. However, on October 13, 2006, the District Attorney advised that charges were dismissed.  Further, the offender subsequently paid restitution to the Enterprise Company.  The offender explained to the probation officer in the Northern District of California that he loaned the vehicle to a friend who kept it longer than anticipated. He was admonished by the probation officer for the incident and also for failing to notify the officer within 72 hours of his arrest. According to the offender, he had informed his state parole officer and had believed that was sufficient at the time.

The offender has maintained full-time employment and continues to reside in Oakland, California.  There are no other known arrests.

**United States Probation Officer Plan/Justification:**    It is recommended the Court take notice of the offender's misconduct, but allow the admonishment by the probation officer

**RE:** **Roy Anthony REYES**
**Docket Number:   2:04CR00175-01**
<u>**REPORT OF OFFENDER NON-COMPLIANCE**</u>

to serve as the sanction.  No additional action by the Court is requested at this time.  The Court shall be notified of any further misconduct.

> Respectfully submitted,
>
> /s/   John A. Poglinco
>
> **JOHN A. POGLINCO**
> **Senior United States Probation Officer**
> Telephone:  (916) 930-4303

**DATED:**   December 5, 2006
Sacramento, California
JAP:jz


**REVIEWED BY:**   /s/   Kyriacos M. Simonidis
**KYRIACOS M. SIMONIDIS**
**Supervising United States Probation Officer**

---

**THE COURT ORDERS:**

( ✔ )   The Court Approves Probation Officer's Plan, and Orders No Further Action Be Taken At This Time.

( )   Submit a Request for Modifying the Conditions or Term of Supervision.

( )   Submit a Request for Warrant or Summons.

( )   Other:

<u>**December 5, 2006**</u>
**Date**                                                         **Signature of Judicial Officer**

cc:   United States Probation
James P. Arguelles, Assistant United States Attorney
Linda Harter, Assistant Federal Defender